**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6488**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONALD CRAIG MELVIN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-cr-00143-FL-1)

Submitted:  November 4, 2025                    Decided:  January 9, 2026

Before GREGORY, QUATTLEBAUM, and BENJAMIN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Craig Melvin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Craig Melvin appeals the district court's order dismissing for lack of jurisdiction his motion to file a constitutional question.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *United States v. Melvin*, No. 5:22-cr-00143-FL-1 (E.D.N.C. May 19, 2025).   We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*